GLOBAL CAPITAL LAW
Gary Harre, SBN 86938
Diane Beall, SBN 86877
8700 Warner Avenue, Suite 200
Fountain Valley, CA 92708
Telephone: (714) 907-4182
Facsimile: (714) 907-4175



**FILED & ENTERED**

**APR 14 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY ogier      DEPUTY CLERK**

Attorneys for Debtor DENISE RENEE CHAMBERLAIN

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

In re:

DENISE RENEE CHAMBERLAIN,

    Debtor

Case No. 11-13028-MT

Chapter 7

**ORDER GRANTING IN PART AND DENYING IN PART DEBTOR'S MOTION TO DISMISS CENTRAL DISTRICT OF CALIFORNIA CHAPTER 13 BANKRUPTCY FILING AND REFUND FILING FEES IN THE AMOUNT OF $274.00 BACK TO GLOBAL CAPITAL LAW**

    On March 18, 2011, Denise Renee Chamberlain (the "Debtor") filed her Motion to Dismiss Central District of California Chapter 13 Bankruptcy Filing and Refund Filing Fees in the amount of $274.00 Back to Global Capital Law.

    Upon reviewing the Motion to Dismiss Central District of California Chapter 13 Bankruptcy Filing and Refund Filing Fees in the amount of $274.00 Back to Global Capital Law and the Debtor having received no opposition to the Motion, the Debtor having filed a declaration stating that she has not received any opposition nor any objection to her Motion, based on the matters set forth in the Motion, having considered the evidence in support of the Motion, and for good cause shown,

///

///

**ORDER GRANTING MOTION TO DISMISS CENTRAL DISTRICT OF CALIFORNIA CHAPTER 13 BANKRUPTCY FILING AND REFUND FILING FEES IN THE AMOUNT OF $274.00 BACK TO GLOBAL CAPITAL LAW**

- 1 -

1    **IT IS HEREBY ORDERED** that the request to dismiss this chapter 13 case is GRANTED;

**IT IS FURTHER ORDERED** that the request for a refund of the filing fee is DENIED;

**IT IS FURTHER ORDERED** that the court retains jurisdiction over this case for issuance of any orders pursuant to 11 U.S.C. §105.

###

*[Signature: Maureen A. Tighe]*

DATED: April 14, 2011

United States Bankruptcy Judge

**ORDER GRANTING MOTION TO DISMISS CENTRAL DISTRICT OF CALIFORNIA CHAPTER 13 BANKRUPTCY FILING AND REFUND FILING FEES IN THE AMOUNT OF $274.00 BACK TO GLOBAL CAPITAL LAW**

- 2 -

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My address is:
8700 Warner Avenue, Suite 200, Fountain Valley, CA 92708

A true and correct copy of the foregoing document described as **Order Granting Motion to Dismiss Central District of California chapter 13 Bankruptcy Filing and Refund Filing Fees in the Amount of $274.00 Back to Global Capital Law** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 5, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On April 5, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Maureen A. Tighe
21041 Burbank Blvd., Suite 325
Burbank, CA 91367

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on           I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 5, 2011 | Delores Jackson | /s/ Delores Jackson |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **Order Granting Motion to Dismiss Central District of California Chapter 13 Bankruptcy Filing and Refund Filing Fees in the Amount of $274.00 Back to Global Capital Law** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of April 5, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Gary L Harre    ghcmecf@gmail.com
- Elizabeth (SV) F Rojas (TR)    cacb_ecf_sv@ch13wla.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page